UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:

ANTONIO LAMONT SMITH                       CASE NO. 15-80437
KIMBERLY ISLEY MCLEAN-SMITH               JUDGE LENA M. JAMES
2207 BAYCOURT TRAIL
HILLSBOROUGH, NC  27278

        DEBTORS

SSN(1) XXX-XX-6344      SSN(2) XXX-XX-3841        DATE:  12/09/2015

— — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — —

REPORT OF FILED CLAIMS

— — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — —

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

— — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — —

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
| --- | --- | --- |
| ALISON H WADSWORTH<br>SHAPIRO & INGLE<br>10130 PERIMETER PKWY STE 400<br>CHARLOTTE, NC  28216 | $0.00<br>INT:  .00%<br>NAME ID:  261726<br>CLAIM #:  0043 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT:  REP:JPMORGAN CHASE<br>BANK, NA |
| BRANCH BANKING AND TRUST COMPANY<br>BANKRUPTCY SECTION 100-50-01-51<br>P O BOX 1847<br>WILSON, NC  27894-1847 | $28,622.09<br>INT: 5.25%<br>NAME ID:  17360<br>CLAIM #:  0001 | VEHICLE<br><br>ACCT:  8511<br>COMMENT:  2013 CHRYSLER TOWN &<br>COUNTRY |
| CAPITAL ONE NA<br>BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355-0701 | $181.72<br>INT:  .00%<br>NAME ID:  233954<br>CLAIM #:  0022 | UNSECURED<br><br>ACCT:  7255<br>COMMENT:  CREDIT CARD DEBT/KOHL'S |
| CAPITAL ONE NA<br>BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355-0701 | $361.51<br>INT:  .00%<br>NAME ID:  233954<br>CLAIM #:  0023 | UNSECURED<br><br>ACCT:  8611<br>COMMENT:  CREDIT CARD DEBT/KOHL'S |
| CITIBANK N A<br>4740 121ST ST<br>URBANDALE, IA  50323 | $1,010.60<br>INT:  .00%<br>NAME ID:  225707<br>CLAIM #:  0019 | UNSECURED<br><br>ACCT:  4487<br>COMMENT:  HOME DEPOT |
| CITIBANK N A<br>4740 121ST ST<br>URBANDALE, IA  50323 | $555.63<br>INT:  .00%<br>NAME ID:  225707<br>CLAIM #:  0020 | UNSECURED<br><br>ACCT:  2098<br>COMMENT:  HOME DEPOT |
| DARDEN CREDIT UNION A DIVISION OF<br>USF FEDERAL CREDIT UNION<br>13302 USF PALM DRIVE<br>TAMPA, FL  33612 | $4,636.89<br>INT:  .00%<br>NAME ID:  266568<br>CLAIM #:  0016 | UNSECURED<br><br>ACCT:  5990<br>COMMENT:  MONEY OWED |

PAGE 2  -  CHAPTER 13 CASE NO. 15-80437

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| DUKE HEALTHCARE<br>5213 SOUTH ALSTON AVENUE<br>DURHAM, NC  27713 | $0.00<br>INT:  .00%<br>NAME ID: 217447<br>CLAIM #:  0025 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT:  REP:OPTIMUM OUTCOMES |
| DUKE UNIVERSITY HEALTH SYSTEM<br>5213 S ALSTON AVE<br>DURHAM, NC  27713 | $2,011.35<br>INT:  .00%<br>NAME ID: 112370<br>CLAIM #:  0018 | UNSECURED<br><br>ACCT:  0389<br>COMMENT:  GOODS SOLD SERVICES<br>RENDERED |
| INTERNAL REVENUE SERVICE (MD)**<br>POST OFFICE BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT:  .00%<br>NAME ID: 211723<br>CLAIM #:  0005 | PRIORITY<br>NOT FILED<br>ACCT:  6344<br>COMMENT: |
| JPMORGAN CHASE BANK NA<br>3415 VISION DRIVE OH4-7142<br>COLUMBUS, OH  43219 | MONTHLY PMT  $1,744.67<br>INT:  .00%<br>NAME ID: 227655<br>CLAIM #:  0002 | ONGOING DEBT<br><br>ACCT:  3167<br>COMMENT:  1ST DEED/TRUST (RES) |
| JPMORGAN CHASE BANK NA<br>3415 VISION DRIVE OH4-7142<br>COLUMBUS, OH  43219 | $5,666.49<br>INT:  .00%<br>NAME ID: 227655<br>CLAIM #:  0046 | ARREARS-MORTGAGES/MOBILE HOMES<br><br>ACCT:  3167<br>COMMENT:  ARRS/1ST DT/RES |
| MIDLAND CREDIT MANAGEMENT INC<br>AS AGENT FOR MIDLAND FUNDING LLC<br>P O BOX 2011<br>WARREN, MI  48090 | $2,253.34<br>INT:  .00%<br>NAME ID: 265190<br>CLAIM #:  0026 | UNSECURED<br><br>ACCT:  7838<br>COMMENT:  SYNCHRONY/ASHLEY<br>FURNITURE |
| MIDLAND CREDIT MANAGEMENT INC<br>AS AGENT FOR MIDLAND FUNDING LLC<br>P O BOX 2011<br>WARREN, MI  48090 | $1,852.66<br>INT:  .00%<br>NAME ID: 265190<br>CLAIM #:  0029 | UNSECURED<br><br>ACCT:  8968<br>COMMENT:  SYNCHRONY/CARE CREDIT |
| MULTI MEDIA FEDERAL<br>633 N ORANGE AVE<br>ORLANDO, FL  32801-1349 | $0.00<br>INT:  .00%<br>NAME ID: 264150<br>CLAIM #:  0017 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT:  REP:DARDEN EMPLOYEES<br>FEDERAL CREDIT UNION |
| NC DEPARTMENT OF JUSTICE<br>FOR NC DEPARTMENT OF REVENUE<br>POST OFFICE BOX 629<br>RALEIGH, NC  27602-0629 | $0.00<br>INT:  .00%<br>NAME ID: 217981<br>CLAIM #:  0008 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT:  REP:NC DEPT OF REV |
| NC STATE EDUCATION ASSIST AUTH<br>P O BOX 14002<br>RESEARCH TRIANGLE PARK, NC<br>27709-4002 | $2,508.31<br>INT:  .00%<br>NAME ID: 75574<br>CLAIM #:  0010 | UNSECURED<br><br>ACCT:  3841<br>COMMENT:  STUDENT LOAN |
| NORTH CAROLINA DEPT. OF REVENUE<br>POST OFFICE BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT:  .00%<br>NAME ID: 229257<br>CLAIM #:  0007 | PRIORITY<br>NOT FILED<br>ACCT:  6344<br>COMMENT: |
| NORTH CAROLINA EMPLOYMENT<br>SECURITY<br>COMMISSION<br>POST OFFICE BOX 26504<br>RALEIGH, NC  27611 | $0.00<br>INT:  .00%<br>NAME ID: 183819<br>CLAIM #:  0024 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

PAGE 3  -  CHAPTER 13 CASE NO. 15-80437

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ORANGE COUNTY REGISTER DEEDS<br>228 S CHURTON ST STE 300<br>P O BOX 8181<br>HILLSBOROUGH, NC  27278 | $52.00<br>INT:  .00%<br>NAME ID:  6170<br>CLAIM #:  0045 | SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT:  RECORD NOTICE |
| ORANGE COUNTY TAX COLLECTIONS<br>PO BOX 8181<br>HILLSBOROUGH, NC  27278 | $0.00<br>INT:  .00%<br>NAME ID:  183926<br>CLAIM #:  0003 | SECURED<br>NOT FILED<br>ACCT:  .<br>COMMENT: |
| ORANGE COUNTY TAX OFFICE<br>200 S CAMERON STREET<br>P O BOX 8181<br>HILLSBOROUGH, NC  27278 | $2.02<br>INT:  .00%<br>NAME ID:  439<br>CLAIM #:  0009 | UNSECURED<br><br>ACCT:  6344<br>COMMENT:  05/06 AD VALOREM |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $537.18<br>INT:  .00%<br>NAME ID:  30762<br>CLAIM #:  0027 | UNSECURED<br><br>ACCT:  0820<br>COMMENT:  SYNC/BANANA REPUBLIC |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $653.83<br>INT:  .00%<br>NAME ID:  30762<br>CLAIM #:  0032 | UNSECURED<br><br>ACCT:  2295<br>COMMENT:  SYNC/HH GREGG |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $691.25<br>INT:  .00%<br>NAME ID:  30762<br>CLAIM #:  0033 | UNSECURED<br><br>ACCT:  0976<br>COMMENT:  SYNC/JCPENNEY |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $1,648.32<br>INT:  .00%<br>NAME ID:  30762<br>CLAIM #:  0034 | UNSECURED<br><br>ACCT:  5226<br>COMMENT:  SYNC/JCPENNEY |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $517.50<br>INT:  .00%<br>NAME ID:  30762<br>CLAIM #:  0040 | UNSECURED<br><br>ACCT:  0993<br>COMMENT:  SYNC/WALMART |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $514.15<br>INT:  .00%<br>NAME ID:  30762<br>CLAIM #:  0041 | UNSECURED<br><br>ACCT:  8342<br>COMMENT:  SYNC/WALMART |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>P O BOX 788<br>KIRKLAND, WA  98083 | $456.24<br>INT:  .00%<br>NAME ID:  237199<br>CLAIM #:  0013 | UNSECURED<br><br>ACCT:  4644<br>COMMENT:  GAMESTOP |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>P O BOX 788<br>KIRKLAND, WA  98083 | $197.80<br>INT:  .00%<br>NAME ID:  237199<br>CLAIM #:  0014 | UNSECURED<br><br>ACCT:  0722<br>COMMENT:  NEW YORK & COMPANY |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>P O BOX 788<br>KIRKLAND, WA  98083 | $419.32<br>INT:  .00%<br>NAME ID:  237199<br>CLAIM #:  0015 | UNSECURED<br><br>ACCT:  7062<br>COMMENT:  VICTORIA'S SECRET |

PAGE 4 - CHAPTER 13 CASE NO. 15-80437

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| STATE EMPLOYEES CREDIT UNION<br>LOAN ADMINISTRATION<br>P O DRAWER 25279<br>RALEIGH, NC 27611-5279 | $16,175.67<br>INT: 5.25%<br>NAME ID: 9930<br>CLAIM #: 0004 | VEHICLE<br><br>ACCT: 4807<br>COMMENT: 2011 FORD MUSTANG |
| STERLING JEWELERS INC DBA KAY<br>JEWELERS<br>BUCKLEY KING LPA<br>1400 FIFTH THIRD CENTER<br>600 SUPERIOR AVE EAST<br>CLEVELAND, OH 44114 | $918.29<br>INT: 5.25%<br>NAME ID: 266127<br>CLAIM #: 0021 | SECURED<br><br>ACCT: 4658<br>COMMENT: CONSUMER GOODS |
| SYNCHRONY BANK<br>% RECOVERY MANAGEMENT SYSTEMS<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | $83.61<br>INT: .00%<br>NAME ID: 256193<br>CLAIM #: 0031 | UNSECURED<br><br>ACCT: 4714<br>COMMENT: GEMB/GAP |
| SYNCHRONY BANK<br>% RECOVERY MANAGEMENT SYSTEMS<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | $105.39<br>INT: .00%<br>NAME ID: 256193<br>CLAIM #: 0037 | UNSECURED<br><br>ACCT: 5957<br>COMMENT: GEMB/OLD NAVY |
| SYNCHRONY BANK<br>% RECOVERY MANAGEMENT SYSTEMS<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | $85.71<br>INT: .00%<br>NAME ID: 256193<br>CLAIM #: 0038 | UNSECURED<br><br>ACCT: 9644<br>COMMENT: GEMB/TOYS-R-US |
| SYNCHRONY BANK (BELK)<br>ATTN: BANKRUPTCY DEPARTMENT<br>POST OFFICE BOX 965060<br>ORLANDO, FL 32896-5060 | $0.00<br>INT: .00%<br>NAME ID: 264092<br>CLAIM #: 0028 | UNSECURED<br>NOT FILED<br>ACCT: 0179<br>COMMENT: |
| SYNCHRONY BANK (DICKS SPORTING<br>GOODS)<br>ATTN: BANKRUPTCY DEPARTMENT<br>POST OFFICE BOX 965060<br>ORLANDO, FL 32896-5060 | $0.00<br>INT: .00%<br>NAME ID: 264154<br>CLAIM #: 0030 | UNSECURED<br>NOT FILED<br>ACCT: 6212<br>COMMENT: |
| SYNCHRONY BANK (MATTRESS<br>WAREHOUSE)<br>ATTN: BANKRUPTCY DEPARTMENT<br>POST OFFICE BOX 965060<br>ORLANDO, FL 32896-5060 | $0.00<br>INT: .00%<br>NAME ID: 264158<br>CLAIM #: 0035 | UNSECURED<br>NOT FILED<br>ACCT: 8234<br>COMMENT: |
| SYNCHRONY BANK (OLD NAVY)<br>ATTN: BANKRUPTCY DEPARTMENT<br>POST OFFICE BOX 965060<br>ORLANDO, FL 32896-5060 | $0.00<br>INT: .00%<br>NAME ID: 264159<br>CLAIM #: 0036 | UNSECURED<br>NOT FILED<br>ACCT: 5855<br>COMMENT: |
| SYNCHRONY BANK (TOYS R US)<br>ATTN: BANKRUPTCY DEPARTMENT<br>POST OFFICE BOX 965060<br>ORLANDO, FL 32896-5060 | $0.00<br>INT: .00%<br>NAME ID: 262231<br>CLAIM #: 0039 | UNSECURED<br>NOT FILED<br>ACCT: 5853<br>COMMENT: |
| THE HONORABLE ERIC HOLDER<br>U.S. DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVE. NW<br>WASHINGTON, DC 20530-0001 | $0.00<br>INT: .00%<br>NAME ID: 231054<br>CLAIM #: 0006 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: REP:IRS |

PAGE 5 - CHAPTER 13 CASE NO. 15-80437

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| THE HONORABLE ERIC HOLDER<br>U.S. DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVE. NW<br>WASHINGTON, DC 20530-0001 | $0.00<br>INT: .00%<br>NAME ID: 231054<br>CLAIM #: 0011 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: REP:COLLEGE<br>FOUNDATION INC |
| UNITED CONSUMER FINANCIAL SERV<br>% BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD STE 200<br>TUCSON, AZ 85712 | $1,319.11<br>INT: 5.25%<br>NAME ID: 75377<br>CLAIM #: 0042 | SECURED<br><br>ACCT: 0250<br>COMMENT: CONSUMER GOODS/KIRBY |
| UNITED CONSUMER FINANCIAL SERV<br>% BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD STE 200<br>TUCSON, AZ 85712 | $0.00<br>INT: .00%<br>NAME ID: 75377<br>CLAIM #: 0044 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| US ATTORNEY'S OFFICE (MD)<br>101 S. EDGEWORTH STREET, 4TH FLOOR<br>GREENSBORO, NC 27401 | $0.00<br>INT: .00%<br>NAME ID: 259116<br>CLAIM #: 0012 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: REP:COLLEGE<br>FOUNDATION INC |
| **TOTAL:** | **$75,782.65** | |
| JOHN T ORCUTT<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC 27615 | $3,700.00 | ATTORNEY FEE |

RICHARD M. HUTSON, II
P. O. BOX 3613
DURHAM, NC 27702-3613

PAGE 6 - CHAPTER 13 CASE NO. 15-80437

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  12/09/2015

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Qiana Michaux
Clerk
Chapter 13 Office
P. O. BOX 3613
DURHAM, NC  27702-3613

cc:  Debtors
Attorney for Debtors - Electronic Notice