C-13-15(a)Motion
(Rev. 10/06)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
## DURHAM DIVISION

| | | |
|---|---|---|
| In Re:  Antonio L. Smith | ) | **Motion and Notice** |
| Kimberly I. McLean-Smith | ) | **Chapter 13** |
| | ) | |
| | ) | |
| | ) | No: B-15-80437 C-13D |
| | ) | |
| Debtors | ) | |

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

On July 23, 2015, the Debtors' plan was confirmed and the plan currently provides for plan payments of $2,836.00 per month. The Standing Trustee has reviewed the Debtors' plan and the plan payments require an increase in order for the case to be completed within 60 months as required by 11 U.S.C. §1322(d).

The Standing Trustee respectfully recommends to the Court that an Order be entered modifying the Debtors' plan to provide for plan payments of $2,925.00 per month effective with the plan payment due for March, 2016.


Date: January 29, 2016                                                               s/Richard M. Hutson II
    mlw                                                                                         Standing Trustee

--------------------------------------------------------------------------------------------------------------------------------

### NOTICE

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before February 29, 2016, with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC  27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on March 14, 2016, at 11:00 a.m., in the following location:

*Courtroom, Venable Center*
*Dibrell Building – Suite 280*
*302 East Pettigrew Street*
*Durham, NC 27701*


Date: January 29, 2016                                                               OFFICE OF THE CLERK
                                                                                                  U.S. Bankruptcy Court

**PARTIES TO BE SERVED**
PAGE 1 OF 1
15-80437 C-13D

Antonio L. Smith
Kimberly I. McLean-Smith
2207 Baycourt Tr.
Hillsborough, NC 27278

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Hillsborough, NC 27278

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702